FILED
2017 Apr-10 PM 04:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NATHAN MATSON, as next friend to Maddoc Matson, a minor, and NATHAN MATSON, as the administrator of the ESTATE OF JORDAN ALEXA MAYS;<br><br>Plaintiffs,<br><br>v.<br><br>MERITOR WABCO VEHICLE CONTROL SYSTEMS,<br><br>Defendant. | Case No. 2:16-cv-01923-RDP |

## JOINT STIPULATION OF DISMISSAL OF
## **DEFENDANT MERITOR WABCO VEHICLE CONTROL SYSTEMS**

Plaintiff and Defendant Meritor WABCO Vehicle Control Systems hereby move this Honorable Court to enter and order dismissing all claims asserted by Plaintiff against Meritor WABCO Vehicle Control Systems with prejudice. For the convenience of the Court, a proposed Order of Dismissal is attached.

Respectfully submitted this 10th day of April, 2017.

| | |
|---|---|
| /s/Josh J. Wright (with permission) | /s/Charles T. Greene |
| Josh J. Wright | Charles T. Greene |
| HOLLIS WRIGHT CLAY | LIGHTFOOT, FRANKLIN & |
| & VAIL, P.C. | WHITE, LLC |
| 2201 Morris Avenue | The Clark Building |
| Birmingham, AL 35203 | 400 N. 20th Street |
| One of the Attorneys for Plaintiff | Birmingham, AL 35203 |
| | One of the Attorneys for Meritor WABCO Vehicle Control Systems |

1

**CERTIFICATE OF SERVICE**

   I hereby certify that on April 10, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be available to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court system.

              /s/Charles T. Greene
              Charles T. Greene
              *Attorney for Defendant*