# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **NATHAN MATSON,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 2:16-cv-1923-RDP |
| **MERITOR WABCO VEHICLE CONTROL SYSTEMS,** | } |
| **Defendant.** | } |

## ORDER OF DISMISSAL

In accordance with the parties' Joint Stipulation of Dismissal of Defendant Meritor Wabco Vehicle Control Systems (Doc. # 11), filed April 10, 2017, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this April 10, 2017.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE

.